IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD J. LEWIS,** | NO. 2:06-cv-00481 MCE PAN (JFM) P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER** |
| v. | |
| **M. VEAL, Warden, et al.,** | |
| Respondents. | |

Respondent's first request for a 30-day extension of time to file an Answer to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file an Answer by June 28, 2006.

DATED: May 31, 2006.

UNITED STATES MAGISTRATE JUDGE

14/lewi0481.ext

*Order*

1