DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD J. LEWIS**, | NO. Civ. S-06-0481 MCE EFB |
| Petitioner, | |
| v. | **ORDER** |
| **M. VEAL, Warden, et al.**, | |
| Respondents. | |
| _____ | |

Good Cause Appearing, Keith Wattley, 1300 Clay Street, Suite 600, Oakland, California 94612, (510) 350-8787, kwattley@theuncommonlaw.com, is appointed to represent petitioner in this matter.

A Status Conference is set for May 2, 2007 at 10:00 a.m. in Courtroom No. 25.

All parties shall appear at the status conference by counsel.

Dated:  March 21, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE