IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. LEWIS,

    Petitioner,                          No. CIV S-06-0481 MCE EFB P

    vs.

M. VEAL, Warden, et al.,

    Respondents.                   <u>ORDER</u>

                                  /

       Petitioner is a state prisoner proceeding with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This matter came on for status conference May 2, 2007, following the appointment of counsel Keith Wattley to represent petitioner. The court ruled as follows:

       1. Respondents are granted two weeks in which to file an opposition to petitioner's February 23, 2007, discovery request;

       2. Petitioner's reply, if any, is due one week following the filing of respondents' opposition;

       3. Petitioner is granted 60 days in which to file a supplemental traverse including the issue whether a parole release would moot the instant proceedings;

/////

/////

4. Petitioner has 60 days in which to file a motion for an evidentiary hearing;

So ordered.

Dated: May 23, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2