IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. LEWIS,

    Petitioner,                   No. 2:06-cv-0481 MCE KJN P

    vs.

M. VEAL, Warden, et al.,

    Respondents.                <u>ORDER</u>

      /

    Petitioner is proceeding through counsel with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 13, 2009, respondents filed a notice that petitioner paroled on November 5, 2009. Good cause appearing, IT IS ORDERED that petitioner show cause, within thirty days, why this action should not be dismissed as moot.

DATED: February 16, 2010

                                              /s/ Kendall J. Newman
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

lewi0481.osc